**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| DR. KEENAN COFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-cv-55 |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**EXHIBIT 1 TO**
**NOTICE OF REMOVAL**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

DR. KEENAN COFIELD, et. al.

*Plaintiff*

*vs.*

U.S. OF AMERICA, et. al.

CIVIL ACTION NO. 13 - 0000202

*Defendants*

RECEIVED
Civil Clerk's Office
DEC 09 2013
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT

1.  **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

(SEE ATTACHMENTS-CONTINUED ALL PARTS)

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $10,000,000,000** with interest and costs.

CONTINUED NEXT PAGES

Phone:

DISTRICT OF COLUMBIA, SS

Dr. Keenan K. Cofield, #405938 , being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

(Plaintiff                                    Agent)

Subscribed and sworn to before me this 29 day of October 20 13.

(Notary Public/Deputy Clerk)

FORM CV-1013 Nov. 00

KIMBERLY ANN DAVIS
Notary Public - Maryland
Somerset County
My Commission Expires on
February 21, 2016

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**DR. KEENAN K. COFIELD**
**#405938**
**30420 REVELLS NECK ROAD**
**WESTOVER, MARYLAND 21890,** _individually_
and as a Black _minority/disadvantage, former_
_business owner and, class member-_
_To INCLUDE any all others who are similarly_
_situated and/or members of said class-_
_Members who has been or continued to be_
_past, present and future, adversely_
_affected by the Original 1998 U.S.Government_
_Proposals that created and established_
_ICANN-Internet Corporation for Assigned_
_Names & Numbers and/or the current un-fair_
_practice, policies, and process that totally_
_creates a single MONOPOLY associated_
_with the HIGH costs of the application_
_fees an applicant pays to apply for_
_a NEW domain name web address suffix;_
_TO INCLUDE,ICANN, having control, authority,_
_power and jurisdiction even over foreign_
_countries, Governments, foreign entities,_
_groups, associations, companies, corporations,_
_and individuals, FREE rights over the internet_
_and regulates domain name and web address_
_Suffixes, after the dot_

**Plaintiff(s)**

**vs.**                          Civil Action No. _____

**1).UNITED STATES OF AMERICA**
**U.S. ATTORNEY GENERAL ERIC HOLDER**
**UNITED STATES ATTORNYS OFFICE**
**555 4th Street, N.W. CIVIL DIVISION**
**WASHINGTON, DC 20530**

**DEFENDANTS**

2).The **President** of the
United States of America
<u>HONORABLE BARACK OBAMA, PRESIDENT</u>
The White House
Washington, DC 20500
<u>NON-PARTY DEFENDANT</u>

3).U.S. DEPARTMENT OF COMMERCE, and
<u>Hon. Commerce Secretary-Hon. Penny Pritzker</u>
1401 Constitution Avenue, N.W.
Washington, DC 20230

4).U.S. DEPARTMENT OF COMMERCE, and
<u>Attn: Director of (NTIA)</u>
National Telecommunications & Information Administration
1401 Constitution Avenue, N.W.
Washington, DC 20230

5).NATIONAL INSTITUTE OF STANDARDS & TECHNOLOGY (NIST), and
<u>Attn: Director OF (NIST)</u>
100 Bureau Drive
MS 3460
Gaithersburg, Maryland 20899

6).SMALL BUSINESS ADMINISTRATION (SBA) and
<u>Attn: Secretary or Commissioner</u>
105 S. Howard Street
Baltimore, Maryland 21201-2525

7).INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS (ICANN)
AND <u>ROD BECKSTROM, PRESIDENT</u>
12025 WATERFRONT DRIVE, SUITE 300
LOS AANGELES, CA 90094-2536

8).FEDERAL COMMUNICATION COMMISSION (FCC) and
<u>Attn: Tom Wheeler, Chairman</u>
445 12th Street, S.W.
Washington, DC 20554

9).FEDERAL TRADE COMMISSION (FTC)
AND ATTN: <u>IT'S CHAIRMAN</u>
600 Pennsylvania, Ave. NW
Washington, DC 20580

<u>DEFENDANTS</u>

10) .CONGRESS OF THE UNITED STATES
HOUSE OF THE REPRESENTATIVES
ATTN: SPEAKER OF THE HOUSE
2235 RAYBURN HOUSE OFFICE BLDG.
WASHNGTON, DC 20515-2007
NON-PARTY DEFENDANT

11) .CONGRESS OF THE UNITED STATES
UNITED STATES SENATE
ATTN: U.S.SENATE PRESIDENT MAJORITY LEADER HARRY REID
WASHINGTON, DC 20515
NON-PARTY DEFENDANT

### DEFENDANTS

ALL DEFENDANTS ARE BEING SUED IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES AS U.S. GOVERNMENT OFFICIALS, INDIVIDUAL PERSONS
AND/OR AS AGENTS, GOVERNMENT CONTRACTORS OR OTHER SERVENTS OF
THE UNITED STATES OF AMERICA, AND ANY OF ITS AGENCIES,
DEPARTMENTS, COMMISSIONS, BUREAUS OR OTHER ENTITIES KNOWN OR
UNKNOWN.

**This cause of action is being filed as an individual action
and/or on behalf of various affected class members as outlined
in this Complaint.**

The Plaintiff(s) do hereby adopt and invoke **The All Writs Acts,**

**The Civil Rights Act, FOIA/PA, Title 28 USC Sections 2201-2202,**

**Title 28 USC Section 1442(a)(1)(3)(4), Title 42 USC 1983, 1985,**

**1986, 1988, Injunctive and Declaratory Relief,** and request for

*Class Action* **Status,** and other applicable Acts of Congress or

laws of the U.S.

**The internet is a constitutional freedom for all people
of all nations, colors, races, religions, faiths,
beliefs, ages, genders, cultures, as a right to further
enjoy as a social privilege, especially in the United
States; but around the world of this FREE universe.
This action is about internet and technology *"FAIR USE"***

15

and "*EQUAL ACCESS*", to **ALL** citizens of the free and controlled worlds of any society, nations and countries.

## COMPLAINT/COUNT 1

### DENIAL/DEMAND AND ENFORCEMENT FOR RELEASE OF INFORMATION PURSUANT TO THE PROVISIONS OF THE (2) FOIA/PA REQUESTS

1). On or about the **27th day of September, 2013**, the Defendants named herein, including **ICANN**, and its President, did knowingly, willingly, purposely, negligently, deny and/or refused to release various requested records, papers, documents, information, data, rules, regulations, policies, guidelines, laws, statutes, to include the **1998 proposal** that led to the creation and what govern **ICANN, THE INTERNET CORPORATION FOR ASSIGNED NAMED & NUMBERS**, to date, per several FOIA/PA Requests submitted to **each** of the required defendants.

2). In further support of this cause of action the Plaintiff(s) do hereby adopt **each and every** statement or other claims made in the **EXHIBIT 1, THE NOTICE OF PETITION, COMPLAINT, AND INTENT TO SUE,** attached

16

**without** having to re-allege, recite those statements or claims.

3). The United States federal government Department of Commerce, National Institute of Standards and Technology (NIST), National Telecommunications and Information Administration in 1997-98 issued a proposal that allowed for the creation and formation of **ICANN-Internet Corporation for Assigned Names and Numbers**, a California non-profit, which according to the United States government, **oversees** the Internet, **regulates** Domain names, web addresses, the organization in charge of creating hundreds of additional address **suffixes**, and more.

4). **All the Plaintiff Cofield wants is the legal right for the process and competition to be fair, to be open, and equal to all no matter, race and other factors, to provide and expand the existing internet/technology system to more people in _different ways, with this requested information, and the right to open and do business like ICANN, to government loans,_**

17

*grants, to lines of credit, to start this business or businesses.*

5). Like religion, there can be NO national or international non-government or other entity that compels the world in its hand to do business only with them or no business at all, as **ICANN**.

6). The Plaintiff **Dr. Keenan Cofield** seeks to challenge the entire process to the unlawful practices of the self-proclaimed internet **MONOPOLY** name guard dog, **ICANN**. The Plaintiff(s) has a legal, ethical to moral right to the requested information and documents, requested. The Plaintiff is a political prisoner and sovereign citizen, and is obligated to bring this action on behalf of the **voiceless, and fearless**, who **cannot** hear nor see of the living in peace. **The NEW FCC Chairman Tom Wheeler said it best, "when interviewed by the Washington Post the other day, about competition, and make sure companies connect all Americans-including the poor and minorities-to broadband internet service." Chairman Wheeler also stated, "Competition is the**

18

fastest way to get the extension of services and get proper pricing of services and speeds". Protect competition and promote it where it exists.

RELIEF IS LISTED BELOW IN COUNT 2, JOINTLY...

## COMPLAINT/COUNT 2

3). ILLEGAL, UN-FAIR, TO UNLAWFUL ACTIVITY AND UNCONSTITIONAL ACTS BY THE U.S. GOVERNMENT WHO ARE ENGAGING IN <u>BUSINESS PRACTICES</u> WITH A NON-GOVERNMENT SERVANT, AGENT, OR CONTRACTOR THROUGH PROPOSAL, AND DENIAL TO A MINORITY OR BLACKS OF THE RIGHT TO ENGAGE WITH <u>ICANN-INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS</u>, A UNITED STATES NON-PROFIT CORPORATION, WHICH IS A <u>SINGLE</u> WHITE OWNED NON-PROFIT GOVERNMENT CONTROLLED BUSINESS MONOPOLY BY CONTRACT OR PROPOSAL WHO OVERSEES AND REGULATES THE ENTIRE INTERNET WEB ADDRESSES AND DOMAIN NAMES AND SUFFIXES

4). The Plaintiff(s) **Dr. Keenan K. Cofield**, do hereby adopt each and every statement made herein as set forth above, in **paragraphs 1-3**, and **EXHIBIT A**, **without** having to *re-cite or re-allege* those statements to define and/or explain **COUNT 2**.

5). The Defendants, the United States and its agencies, have issued a **blank check** to allow Defendant **ICANN** a un-restricted license with a BIG expensive specific duty and title by the U.S. government, acting like a

world-wide collection agency of sorts, at their own set prices, which is totally un-fair and  no one else individually or a formed corporation has the right to neither compete nor provide a similar service to the world of internet technology, to domain name addresses changes or other extensions of the **suffixes**, to web addresses, but **ICANN**.

6). The costs that were associated with the recent **ICANN** expansion of domain name suffixes, caused too many blacks, but people from around the world to be placed at a **disadvantage**, because of the inability to have the $185,000 non-refundable fee payment to make application and reserve, in hopes of getting your requested domain name web address suffix, granted to you. The Plaintiff was unable to apply and/or there was neither a secondary system nor process in place for people, Americans to others around the world, who are less fortunate and/or who are at a financial disadvantage, who **do not** have the funds to apply, even if it cost them **$5000.00** U.S. dollars. The pricing

system is also totally **un-fair** to the above average American.

7). The cause of action and Complaint is to **remove** and **change** that U.S. government mentality of modern days in the year 2013, from return of the 1960's, of white only, or one entity rules all, which is the case with or at **ICANN**. **This cause of action is about the freedoms associated with the FREE WORLD INTERNET. The top and bottom, this is all about our rights to independence, no matter where we live, work, and enjoy access to the internet.**

8). The Plaintiff **Dr. Keenan Cofield**, who is Black, We as a race of people have been intentionally omitted, to be left behind when it comes to technology. **This is by design!** The United States Governments current policies, rules, regulations, and any statutes, must or shall be changed to modified or newly created laws, that not only protect blacks and other minorities, but is a guarantee to ensure that **NO RACE,** is left behind or systematically **excluded,** and that all laws,

policies, guidelines, rules, and regulations are equal
to fair to everyone regardless of race, gender, sex,
religion, or financial status to income, or name, with
**full access** to the technology, **research grants**,
educational tools, information as well as to the funds
to create tech jobs and positions that will allow
blacks and minorities to advance with the rest of the
United States population and world.

9). For the past 15 years, the United States government
has allowed and continued to allow **ICANN** as the **single
only** lone entity or company to operate and regulate
this process, unfairly **without** competition, nor with
the ability to serve the public world in this **all white**
exclusive **businesses or companies**, dominated process
and system, including down to its failure to employ
blacks or other minorities in employment ranks as to
having no non-whites, and no blacks in its work force,
or senior management positions, at **ICANN**.

10). The Original proposal was discriminatory, flawed
to defective, **now out of date, with modern tiems and**

**laws**, with the governments own policies. The process is racist as blacks and non-whites have not been able to compete and/or provide the **same** services to expanded services that **ICANN** provides to the world, by itself. **Without** question, the act, right of process to allow **ICANN** to operate, in the United States of America and the world under the current old proposal and policies, is **totally** un-fair, illegal and unconstitutional to continue to enforce, **without** allowing others to enter this business and be a part of the process to provide services of this kind to all. Plaintiff is a *minority/disadvantage* individual, person and former small business owner.

11). The **denial** of this information and **denial** to blacks the opportunity to engage in the same fair business affairs as **ICANN**, and other areas in technology, has caused me to not be a **major** player in various forms of technology, and **denied** me or my business ideas, business plans, and business concepts with new breaking through innovations. The United

States government FULL capacity license to regulate and oversee the whole entire internet, again, causes me a Black and African American to be **unable** to tap into potentially billions of dollars in profits to revenue and tax dollars for the State of Maryland and surrounding region, but caused me present and future harm **economically, as blacks like myself have been totally disenfranchised**, in not being able to expand and provide services or additional services to the United States Government, private industry, and the world consumers, with what We know and what I have developed, that no one else has, and not one technology business in this country or world, does what's been created by me **anywhere** in the world.

12). **The 1998 Proposal created yet another _all white male_ illegal dominated monopoly in ICANN, who is charged to oversee the internet, of the entire world, with the exclusive right to all level of the Web address, before and after the dot, create and sell what comes after the dot, to regulating domain names and**

24

DEC-24-2013 14:30          PERSONNEL SECURITY USAODC          2025141736   P.017

numbers, world-wide, all by one business and company, which is totally un-fair but a racist monopoly, by the good old boys club.

The Lord called upon me with very specific instructions and information, regarding special but highly NEW forms of technology to job creation, and I intend to carry out his wishes, with this action, to help and bring healings to others. Americans and the world of people die or become victims because of a lack of knowledge, information or technology. The Defendant(s) have an opportunity to correct many right, by doing the right things as requested in this action.

13). The current operations and monopoly being enforced and engaged into by **ICANN** with the United States governments blessing, the current policies, to illegal and unlawful practices, **must** be broken up that allows for others like Plaintiff Cofield, to provide the same or other like services to be an minority to expand the business affairs by **ICANN** be pursued by other entities, that make it fair, and equal to all citizens of the

United States of America and the world as to fair competition, with new ideas and a business model to extend the current web addresses, domain names, addresses and suffixes, beyond the imagination of any human being.

14). The United States and its multiple agencies who are governed to aid Americans with funding for various business projects, proposals, ideas, inventions, to technology start-ups have not assisted one black or African-American company who business person seeking to bring new ideas and innovation to the world, any real funding needed for such a startup to get off the ground. These past, present and future policies are to ensure no blacks become wealthy with his or her minds, in the field or technology, the next level.

15). The Plaintiff over the years has applied, sent correspondence seeking information, applications to the criteria obtaining **any** loans, **grants, research grants,** lines of credit often awarded to whites and other minorities, but no money to blacks or African-

26

Americans, to date. This is not fair for the government to not assist a black or minority with a set of ideas and business model that would change our business online, internet searches to how we communicate business to business, consumer to business, business to each consumer, with more. Without government funding, research grants to other assistance from the U.S. government (agencies) and some private funding, blacks **shall** _**never**_ have a real chance to be economically rich nor wealthy to help other communities with jobs and other opportunities, in this vast service to product areas associated with technology. Wealth changes worlds...

16). **ICANN**, a Defendant is not a United States Government agency created by the United States Constitution and/or Act of Congress. **ICANN**, **does not** have an international license nor agreement with **every** country, foreign or sovereign country, governments or entity in the world to regulate and oversee the world's, but also that foreign, sovereign countries,

government to individuals, internet system, web sites, web pages, internet domain names, web addresses or own and take charge of creating hundreds of additional address **suffixes** no where **outside** the jurisdiction of the United States of America, and its Territories. **ICANN has no** legal rights nor authority or legislative powers, to neither regulate nor perform the business monopoly of creating and selling domain name address **suffixes to web addresses**, **only** in the United States of America and no other country in the world. Other, then the possible applications and actions submitted in the United States by United States companies, corporations, or organizations to individuals, those foreign applications **must** be voided, and/or any and all assignments to firms to individuals **outside** the United States or U.S. jurisdictions, is a nullity, and **ICANNS** issuance to non-U.S. based companies, or entities who submitted applications for NEW expanded domain name address suffixes, would be deemed illegal, and **must** be voided, as **ICANN** authority **does not** expand the entire

28

world, and **ICANN** does not act as the United Nations of sorts in this business of creating, sales of domain name web addresses and **suffixes** to include, **ICANN** has **never** been given the right, power nor authority by any other country or **foreign** country, foreign government, sovereign state or sovereign citizens, other then the United States of America to **oversee and regulate** the worldwide **FREE WORLD INTERNET SYSTEM, access to or from that countries networks and citizens.**

17). **ICANN,** **cannot** regulate nor oversee, as a non-government superpower, NON-PROFIT corporation or agency, **only** HEADQUARTERED in and/or incorporated as a business in the United States of America, the **FREE SYSTEM** of the worlds internet, **without** established treaties and/or agreements with **every** country in the world, **before,** that business concept to model was created and enacted to operate and function, **only** in the United States of America. **ICANN,** business practices **do not** extended beyond the boundaries of the United States and its territories. No **foreign** country, foreign

government, foreign agency, sovereign governments or entity outside the United States of American, **has not** granted **ICANN**, the with same exclusive rights, powers and authority to operate and control their FREE WORLD, INTERNET, system to services. **ICANN, is not an international company with broad powers, authority to control and regulate an open, but free system, of the internet, granted to it by any foreign country or countries, who have agreed, in contract, agreement or by some treaty, to date**.

18). **Until** this has been agreed upon, as to the conduct described above, **every** country has the same and equal right to enjoy and oversee, operate, control its own citizens as most do, including the domain name, web address registry to what comes **after** the dot, in a web address, separately and independently from **ICANN**, but not to duplicate services, has to be established.

19). There are many questions, un-resolved questions that need be resolved by the courts and Congress based upon laws and fact.

20). We are a country, nations to foreign nations, states with lands that are **sovereign** to places equal to the United Nations, with protected Embassies to certain religious lands to church property in certain foreign or sovereign states to countries to their individual people or business entities, with **everything protected, including** its freedoms and access to the internet, and the business rights of doing business un-regulated by anyone on the planet, but themselves, the people and governments of those **foreign to sovereign** states, lands and countries. Clearly, **ICANN** has infringed upon the foreign to international rights, privileges of **foreign to sovereign** individuals, countries, nations and land owners, with their current policies, authority, ownership and control over the free world internet, and the practice of domain name web address **suffix** international to national sales.

21). **ICANN**, could **never** be said to carry such broad powers, authority, nor jurisdiction over the business affairs and/or being able to legally regulate anything

31

2025141736 P.024

DEC-24-2013 14:30    PERSONNEL SECURITY USAODC

associated with individuals residing in a **sovereign to foreign**, states, countries or lands. The United States herself **does not** have such power or authority to do so. This includes countries that are not even considered protected by sovereign self powers over the country, and its people thereof.

22). **FYI**-The FCC Federal Communications Commission is awaiting a court decision on whether it is allowed to **prohibit** Internet Providers from speeding up or slowing down web traffic. If the United States (FCC) is not clear on whether it can **prohibit** control to make faster or slower web traffic speed, how can a non-government entity tell the Plaintiff(s) or anyone anything associated with a name, names or the internet, that is open to the world? **This is a very technical question that goes to the heart of ICANN'S authority to regulate the world internet as determined by the U.S. Commerce Department, and other U.S. Federal agencies is over-reached, and jumped all lines, friendly and enemy, without, a license, agreement nor treaty with all**

foreign governments, sovereign nations, and countries of the world.

Sovereign citizens of the United States and residing in the United States are EXEMPT from American laws. Therefore, ICANN would once again, has no legal right, authority nor jurisdiction to regulate and require any "Sovereign Citizen" to have to do business directly with ICANN or any other entity the subject of this Complaint.

## RELIEF REQUESTED:

**WHEREFORE**, the Plaintiff(s) seek individually the following damages and ask that judgment be entered in his individual favor in the **amount of $10,000,000,000 10 Billion dollars in Punitive Damages and $3,000,000,000 in Compensatory Damages,** against each Defendant. **Any and all RELIEF herein is for both COUNTS 1 AND 2, JOINTLY.**

2). Additionally, the Plaintiff seeks the same in damages for the Class Members, of this action.

33

3). The Plaintiff **Dr. Keenan Cofield** demands and/or seek a **guaranteed government loan, grants and/or line of credit** of **$1,000,000,000** One Billion dollars, to start and further developed Plaintiff(s) business ideas, business plans, business models to concepts into jobs and careers, in the tech profession.

4). That the Defendants set up and provide un-specified funds in an amount to be determined, that will ensure the Plaintiff(s), blacks, minorities and others are given a fair hand to bid in the future for domain name address suffixes additions, to funds used to ensure that urban cities and rural areas, that are mostly black and/or poor are provided with the necessary tools and access to FREE **WiFi** internet, or other internet to broadband connections, to job training and placement. **This includes, our schools in these poor to disadvantaged cities, shall have the same opportunities to compete and have access to the technology with the information, necessary so these children our children to citizens shall not be left behind.**

5). The Plaintiff(s) do hereby **REQUEST** that this matter be **CERTIFIED as a Class Action**;

6). Plaintiff(s) **DEMAND TRIAL BY JURY**;

7). Plaintiff(s) seek attorney's fees, any and all expenses and costs;

8). Plaintiff(s) is willing to review **any** reasonable amicable settlement offers, and/or discuss mediation of this cause of action, **research grants** and the relief with a neutral party, leading to possible settlement of this case.

9). Plaintiff(s) seek **TEMPORARY RESTRAINING ORDER, (TRO) Declaratory and Preliminary to Permanent Injunction & Relief** as set forth below:

a). **Enjoin and/or Prohibit** ICANN to allow the uses and/or releases of **any** of the estimated **1900** newly issued web addresses, domain name, address suffixes can be used or should be used based upon the current illegal and discriminatory practices and monopoly activity engaged into by **ALL** the Defendants named herein, and that all newly issued domain name address

35

suffixes issued by **ICANN**, **shall be** voided, as described herein, or **until** a hearing can be held on the legality and/or constitutionality of the processes and business affairs of how the United States has authorized **ICANN** to operate, function and engage in the business that is a monopoly, immediately;

b). **Permanently ENJOIN ICANN, and/or PROHIBIT ICANN,** from any further or future issuance of any newly issued or new web addresses or domain name suffixes, **until** a new fair and impartial policy, rule and laws are established, that protects are parties regardless of who or where you reside in the world, to further include, for any and all blacks, the Plaintiff Dr. Keenan Cofield and other Americans to engage in the same business practices or be able to extend those business practices and processes to others, other then **ICANN.**

c). That the Court **RULE**, that all the Defendants, including **ICANN,** **shall** immediately release **any and all** the requested documents, information, papers,

36

regulations, proposals, guidelines, records, statutes, laws, and any other matter the subject of the FOIA/PA requests, and the attached Petition and Complaint, immediately;

d). **ORDER**, that the Court **shall** issue an Order and Injunction that **permits**, the Plaintiff(s) **Dr. Keenan Cofield**, and any other entity **shall** have the right to compete fairly and equally, engage into and provide the same to other services and products like **ICANN, without** obstruction from the United States government; **Just like the *Credit Bureaus* and other government regulated entities, that are private to public companies to corporations;**

e). **Rule and Order**, that the Original Proposal that allowed for the creation of **ICANN**, is now **out-dated**, un-fair, discriminatory, illegal to unlawful connected to the United States and its agencies, to its past, present and future policies and functions are a **monopoly**, violating existing United States statutes, rules, regulations, acts of law, when it continues to

make, **ICANN** the **only** sole existing entity in the **entire** world to control, regulate and oversee the internet, must be shit down, with a cease and desist order, and/or immediate changes, with NEW policy directives be implemented, under its present existence as a non-profit corporation, **without** any competition or extended authority as to its powers granted by the United States to be the only party to provide the intended service, is out of line with all American values, of not being fair, impartial **without** disenfranchising an entire race to culture, but entire world of people, **cannot** be further tolerated in this country, without allowing others to compete and provide the same and/or similar services to the entire world, that is not dominated by **ICANN**, one single company or non-profit entity;

f). That this Honorable Court **RULE AND ORDER**, that any and all **contracts and/or other agreements** between the United States and any of its agencies, departments with **ICANN**, be **terminated and/or voided, that give the**

38

**presence of a monopoly business operations by one business entity**, with ICANN.

g). **Rule and ORDER**, or in the alternative **PERMANENTLY ENJOIN AND PROHIBIT, ICANN, does not** have any legal powers, lawful authority, nor jurisdiction, which is only limited to the United States boundaries, to regulate and/or oversee the **FREE WORLD-INTERNET**, outside the United States or no other country other then the U.S. and its territories;

h). **Order, ICANN**, is totally powerless and has no legal authority to regulate and/or oversee the internet domain names, web addresses to suffixes, is strictly limited exclusively to the U.S. only; **To further include, ICANN, cannot** regulate nor oversee the FREE WORLD INTERNET system and society, **outside** of the United States of America, to sell, control, regulate, oversee, nor create, any product to services sold, relating to domain names, addresses, web address **suffixes without** having a license as a business established as a foreign company to do business in that

39

country of interest, **until**, **ICANN**, meets and/or obtains
from that foreign entity or countries laws, and
policies, along with an agreement, contract, and/or
treaty, **granting ICANN**, the power and authority to
jurisdiction in a foreign country and jurisdiction, to
do business in and/or charge a fee and/or to accepting
applications from any foreign resident, company,
corporations, organization, whereas it is not licensed
nor has a treaty agreement with the foreign country,
foreign government, sovereign state, sovereign citizens
to control any part or portion of the **FREE WORLD**
**INTERNET**, from the United States against a foreign
entity, government or other, and that any such act is
illegal and unconstitutional to impose the will of
**ICANN**, against non-US citizens, foreign and/or
sovereign countries or individuals, having no such
authority to do so;

i). **Rule and Order**, no part, past, present or future
applications, to **regulate, and/or oversee the internet**
**to domain names, web addresses to domain name suffixes,**

can be submitted, accepted or have to be processed, or
can be legally processed by **ICANN**, **from any** foreign
entity, country, company, groups, or individuals,
**until**, **ICANN**, is legally licensed and sanctioned by the
foreign country or its government, to do said business
affairs, where these applications seeking to buy or
purchase web addresses and/or domain name **suffixes**,
**after** the dot, or in **any** combination thereof;

j). **Order and PROHIBIT, ICANN**, from controlling and/or
acting as a world to international agent for the United
States and foreign governments and business entities to
individuals overseeing or controlling any aspect of the
internet of the world and those in foreign or sovereign
lands, **without or until**, an unified agreement, treaty
or an act of law from that foreign country or
government, sovereign countries, lands, governments,
citizens thereof, legally authorizing **ICANN**, or
granting **ICANN**, the legal right to regulate their
citizens to foreign entities, in the foreign or
sovereign country or land, in the same manner as in the

41

DEC-24-2013 14:31   PERSONNEL SECURITY USAODC

United States, with **each** having their own independence, to serve their citizens, businesses and country;

k). **Rule** that **ICANN, does not** have legal jurisdiction, nor any power or other authority to regulate nor oversee any part of the **FREE WORLD INTERNET**, other then in the U.S., **only**.

l). **THIS HONORABLE COURT MUST ISSUE A CEASE AND DESIST ORDER, immediately against, ICANN and all other parties, of the conduct described above**.

m). **Rule and Order** that any and all other **foreign to sovereign** entities, governments, countries to individuals foreign citizens thereof, **shall** have the **same right** in their own foreign or sovereign country and lands, under their foreign laws, to establish an entity like **ICANN, until** and when, the international governments and communities by treaty or other binding agreement established and/or allows **ICANN** to act in their country involving its citizens and entities who seek to have access and create domain name web addresses to web address **suffixes**, after the dot, and

42

DEC-24-2013 14:31    PERSONNEL SECURITY USAODC

that each foreign or sovereign person or entity, **shall** have such right, **without** having to make application to **ICANN**, the **only** system in place to conduct such business affairs as **ICANN** engages in, and that **ICANN** **shall have no** oversight power or regulatory powers to authority over **any** foreign and/or sovereign person, or persons, corporation, entity, to government, relating to the internet and web domain name addresses to suffixes, as described herein, **unless** by license, agreement, foreign laws changed, to a international treaty, issued by the foreign governments to **ICANN**, to oversee, regulate its sovereign to foreign citizens and internet/worldwide web domain name web address **suffixes**, issued and sold, exclusively by **ICANN**.

n). **Require**, the *United States Congress, The United Nations, The World Court*, to other **independent LEGISLATIVE bodies**, world-wide entities, intervene, **investigate**, **HOLD CONGRESSIONAL HEARINGS**, issue **Subpoenas and other processes**. the matters the subject of this lawsuit, concerning **any**

DEC-24-2013  14:32

contract/agreements/proposals to operate under U.S. Government guidelines, rules, regulations, policies OF **ANY KIND** between the **U.S. Commerce Departments any of its sections, units, departments and ICANN,** **immediately**, as this action involves the national to international freedoms of people and citizens of the United states as well as around the world, who have **been and continue** to be adversely affected and/or their individual rights to freedoms being violated and infringed upon, **restricted to** and/or **denied** by the United States government, and/or by a non-government entity, which is a **nonprofit** u.s. corporation based **only** in the United States of America, called **ICANN. As to ALL American citizens, the United States Congress has a job, duty and responsibility to protect the rights, freedom, religious rights, beliefs, liberties, to liberty interest and property interests of all Americans and others affected by national/international, powers, jurisdiction and authority, by ICANN, awarded by the United States**

44

Government that has caused and/or damaged or diluted, interstate and intrastate commerce, communications, contacts, contractual rights or privileges, to other contracts, treaties and agreements with foreign countries, foreign governments, foreign citizens, sovereign entities, **to include**, sovereign citizens, countries, lands, governments, churches, and its people thereof, as to the **MONOPOLY** ill and discriminatory conduct described herein above, giving to **ICANN, BY THE UNITED STATES GOVERNMENT, MUST BE CHANGED**...

o). The Plaintiff(s) seeks **any and all** other relief as this Honorable Court seeks to award the party or parties.

_____
Dr. Keenan K. Cofield, #405938
30420 Revells Neck Rd.
Westover, Maryland 21890
**LEAD-Plaintiff**


## AFFIDAVIT OF DECLARATION


I, **Dr. Keenan K. Cofield**, true and correct to the best of my knowledge, information and beliefs, and that I have personal knowledge of said facts, and that I am over the age of (21) years and am competent to testify to said facts, under the penalty of perjury. do hereby certify and/or verify that the above and forgoing is

_____
Dr. Keenan K. Cofield, #405938


45

# EXHIBIT A

The President of the
United States of America
**Honorable Barack Obama, President**
The White House
Washington, DC 20500

U.S. Department of Commerce
**Hon. Commerce Secretary-Hon. Penny Pritzker**
1401 Constitution Avenue, N.W.
Washington, DC 20230

U.S. Department of Commerce
**Attn: Director of (NTIA)**
National Telecommunications & Information Admin.
1401 Constitution Avenue, N.W.
Washington, DC 20230

National Institute of Standards & Technology (NIST)
**Attn: Director**
100 Bureau Drive
MS 3460
Gaithersburg, Maryland 20899

## October 23, 2013

## NOTICE OF PETITION, COMPLAINT & LETTER OF INTENT TO SUE-NOTICE

1). The purpose of this "**Petition, Complaint & Letter**" is to submit a formal request, by **[FREEDOMS OF THE FREEWORLD-INTERNET]**, to allow me to form, and create a company like **ICANN, The Internet Corporation for Assigned Names and Numbers**, and further developed for **expanding** the existing **WORLD WIDE WEB(WWW)**, **each** address level, web addresses, domain names, names, numbers to domain name *suffixes* and create a secondary or multi-tier internet system with different addresses, names, numbers, **suffixes, including** a government **only**

3

system, financial/banking, government contractors, and other entities that require or need separate to independent infrastructure and operations.

**The internet is a constitutional freedom for all people of all nations as a right to further enjoy, especially in the United States.**

**The Plaintiff Dr. Keenan Cofield is an activist for freedom of the (FREE) internet and/or access to the internet and its vast property exchanges of information to interactions by consumers, to ensure with some or more guarantees, to greater social media fairness to its business and educational tools in schools, libraries to individuals home one day, too all who lack access to it or with it.**

**I am a *minority* and *disadvantage* former small business owner.**

2). This project could and will create thousands of jobs and other opportunities for citizens not just in Maryland, Northern Virginia, to Washington, DC, but, there would be offices opening up around the United States and world-wide.

3). The **denial** of this information and **denial** to blacks the opportunity to engage in the same fair business affairs as **ICANN**, and other areas in technology, has caused me to not be a **major** player in various forms of technology, and **denied** me or my business ideas, business plans, and business concepts with new breaking through innovations. The United States government FULL capacity license to regulate and oversee the whole entire internet, again, causes me a Black and African American to be unable to tap into potentially billions of dollars in profits to revenue and tax dollars for the State of Maryland and surrounding region, but caused me present and future harm **economically**, as blacks like myself have been

4

totally **disenfranchised**, in not being able to expand and provide services or additional services to the United States Government, private industry, and the world consumers, with what We know and what I have developed, that no one else has, and not one technology business in this country or world, does what's been created by me anywhere in the world.

4). The 1998 Proposal created yet another *all white male* illegal dominated monopoly in ICANN, who is charged to oversee the internet, of the entire world, with the exclusive right to all level of the Web address, before and after the dot, create and sell what comes after the dot, to regulating domain names and numbers, world-wide, all by one business and company, which is totally un-fair but a racist monopoly, by the good old boys club.

5). The Petitioner submitted a FOIA/PA Requests weeks ago, but was denied or refused the information, and an appeal was filed.

6). The Petitioner was directed to several internet sites, if I had internet access at present the request would be more limited. The FOIA requests submitted to several Commerce entities was very specific and detailed. The denial or partial refusal was no more then a normal government spin, and the information was not exempted and/or classified or of national security. In fact what am proposing to do would require national security protection, in various parts?

7). My intentions are to **expand** everything from the Third tier or level of the web address to second level and top-level domain of a Web address to more.

8). We seek to be more then just a new, but different domain name registry.

9). Second-level domain name is everything that comes before the dot in the web address.

10). The top-tier domain of a web address is everything that comes after the dot.

11). **The United States federal government Department of Commerce, National Institute of Standards and Technology (NIST), National Telecommunications and Information Administration** in 1997-98 issued a proposal that allowed for the creation and formation of **ICANN-Internet Corporation for Assigned Names and Numbers**, a California non-profit, which according to the United States government, oversees the Internet, regulates Domain names, web addresses, the organization in charge of creating hundreds of additional address suffixes, and more.

12). For the past 15 years, the United States government has allowed and continued to allow **ICANN** as the **single only** lone entity or company to operate and regulate this process, unfairly **without** competition, nor with the ability to serve the public world in this **all white** exclusive **businesses or companies**, dominated process and system, including down to its failure to employ blacks or other minorities in employment ranks of not having any non-whites, and no blacks in its work force, or senior management positions. **ICANN**, is not a United States Government agency created by the United States Constitution and/or Act of Congress. **ICANN**, does not have a neither international license nor agreement with every country in the world to regulate and oversee the world's internet domain names, web addresses or own and take charge of creating hundreds of additional address suffixes no where outside the jurisdiction of the United States of America. **ICANN**, has no legal rights nor authority or legislative powers, to regulate to perform the business monopoly of creating and selling domain name address **suffixes to web addresses**, only in the United States of America and no other

6

country in the world. Other, then the possible applications and actions submitted in the United States by United States companies, corporations, or organizations to individuals, those foreign applications **must** be voided, and/or any and all assignments to firms to individuals outside the United States or U.S. jurisdictions, is a nullity, and **ICANNS** issuance to non-U.S. based companies, or entities who submitted applications for NEW expanded domain name address suffixes, would be deemed illegal, and must be voided, as **ICANN** authority does not expand the entire world, and **ICANN** does not act as the United nations of sorts in this business.

**ICANN**, **cannot** regulate nor oversee, as a non-government superpower or agency, the **FREE SYSTEM** of the worlds internet, **without** treaties with every country in the world, before, that business concept to model was created and enacted to operate and function, **only** in the United States of America.

13). The Original proposal was discriminatory, flawed to defective, **now out of date**, with the governments own policies. The process is racist as blacks and non-whites have not been able to compete and/or provide the **same** services to expanded services that **ICANN** provides to the world, by itself. **Without** question, the act, right of process to allow **ICANN** to operate, in the United States of America and the world under the current old proposal and policies, is **totally** un-fair, illegal and unconstitutional to continue to enforce, **without** allowing others to enter this business and be a part of the process to provide services of this kind all. **The United States government has allowed, legally ICANN to operate or create a monopoly like they accused Microsoft, The Hunts with silver, Standard Oil, U.S. Steel, A T & T, IBM, Exxon Mobile, Wal-Mart, Verizon, and others, including Apple, of doing the same, in some or another which seemed to form a monopoly or control**

7

over the business market, products to services they each provided.

14). I wonder personally, what the President Barack Obama, will have to say or do about this issue. THIS IS A MAJOR PROBLEM AND ISSUE! Blacks and minorities have been and continue to be totally omitted and left out of the loops and process relating to technology. The NEW FCC Chairman Tom Wheeler said it best, when interviewed by the Washington Post the other day, about competition, and make sure companies connect all Americans-including the poor and minorities-to broadband internet service. Chairman Wheeler also stated, "Competition is the fastest way to get the extension of services and get proper pricing of services and speeds. Protect competition and promote it where it exists.

14a). No longer will blacks have to not worry of being unable of not seeing any blacks or other people of color sitting at the roundtables with other tech leaders. What, I have created and developed will guarantee that blacks and all others will have a equal chance to not just compete, but be a part of the real true, but new American dream of doing the right things, by thinking the right things, and bring no ideas to the world of far advancement with those new business models.

14b). I am part of a very special to elite group of blacks and whites in this country and world who are more then just Thinkers. Am two levels and four steps above all that in my thinking, which is a gift, you can't buy it no school can teach it. Blacks, We as a race of people have been intentionally omitted, to left behind when it comes to technology. This is by design! The United States Governments current policies, rules, regulations, and any statutes, must or shall be changed to modified, to ensure that NO RACE, is left behind or systematically excluded, and that all laws, policies,

8

guidelines, rules, and regulations are equal to fair to
everyone regardless of race, gender, sex,  religion,
with full access to the technology, educational tools,
information too the funds to create tech jobs and
positions that will allow blacks to advance with the
rest of the United States population and world.

14c).  As  a  Black  and  African-America,  we  cannot
continue to allow ourselves to be excluded, overlooked,
and left out of such a major part or portion of our
everyday lives to survive as what impact technology
does to not just how but what we do each and everyday.
The United States government has an opportunity to
correct these road blocks, and STOP acting like former
Alabama Governor George C. Wallace, who stood in the
door way of progress in the 1960's. Now the U.S.
government and its agencies have created and imposed
monopolies in place to further ensure we stand alone on
our  corners  in  the  urban  cities  to  rural  South
Carolinas,  instead  of  the  American  technology  board
rooms. The costs that were associated with the recent
ICANN expansion of domain name suffixes, caused too
many blacks, but people from around the world to be
placed at a disadvantage, because of the inability to
have the $185,000 non-refundable fee payment to make
application and reserve, in hopes of, getting your
requested domain name web address suffix, granted to
you. The Plaintiff was unable to apply and/or there was
neither secondary system nor process in place for
people, Americans to others around the world, who are
less fortunate and who are at a financial disadvantage,
who do not have the funds to apply, even if it cost
them $5000.00 U.S. dollars.

14d). The cause of action and Complaint is to remove
that government mentality of modern days in the year
2013, from return of the 1960's.

15). My request is to obtain any and all information,
records, data, policies, government directives, rules,

DEC-24-2013  14:33       PERSONNEL SECURITY USAODC

statutes, contracts/agreements between the U.S. government and ICANN, to be used in my business project for real job creation by a business sector totally controlled by whites, and no blacks at all, all relating to the ICANN proposal, and the business they continue to do or affect, on the subject of web addresses, domain name suffixes and more.

16). Like the credit bureaus, the U.S. government regulates those business sectors, by several agencies. But allow others to provide the same services as the 3 to 4 major credit service bureau providers. Credit bureaus are private corporations or companies who the U.S. government has allowed to create their own system and services to the world of credit information to finance matters. Credit Bureaus are not one and only a single entity to control and/or monopolize the entire credit system, like ICANN, with web addresses, names and suffixes.

17). ICANN has been given that duty and title by the U.S. government which is totally un-fair and no one has the right to neither compete nor provide a similar service to the world of internet technology, to domain name addresses changes or other extensions of the suffixes, to web addresses, but ICANN.

18). This party is prepared to sue the U.S. government and its responsible entities to include ICANN and the President of the United States, to be allowed the right to competition, power and authority to create a new internet service provider overseer to expand the internet web addresses, names, numbers and domain suffixes.

19). Am requesting that your agency send me any and all information, forms to applications to file the necessary paperwork to provide services, and expand the internet services now exclusively provided by ICANN ONLY?

10

20). This is my third (3) letter. This Request, Petition and Complaint are connected to **FOIA Log #DOC-NIST-2013-001569.** (See-Copy of the Original FOIA/PA Requests/Attached to the Complaint)

**21). All I want is the legal right for the process and competition to be fair, to be open, and equal to all no matter, race and other factors, to provide and expand the existing system to more people in *different ways*. Government to some private research grants or money would be very helpful going forward.**

22). Previously, this writer filed a FOIA Request, but was denied and/or refused the information requested. The requests were very specific, detailed and direct. I feel like a typical victim of government spin. Though, the matter was appealed, it served no useful purpose and a waste of time, to direct me to the multiple web sites, when the agency has an obligation to release the requested information.

**23). Hopefully, this matter can be resolved at this local level.** Am not trying to make this a BIG issue of greater public interests. But if necessary, I'll file lawsuit, release the matter to the press, and make the matter public by posting the lawsuit and other information to consumers, to let them be the judge.

24). I do hereby request an answer and/or response to this request and demand for information **within** (20) days from the date of this correspondence.

25). A civil action is being prepared in the event; the U.S. government **do not** comply.

2025141736   P.047

DEC-24-2013  14:33      PERSONNEL SECURITY USAODC

Respectfully Submitted,

**Dr. Keenan K. Cofield, #405938**
30420 Revells Neck Rd.
Westover, Maryland 21890

cc:   File
      Hon. Mary Howard, esq.
      Dr. Erskine Norris, Jr.
      Dr. Allen Norman
      Hon. Keith S. Williams, III.
      Bishop Casper D. Parker, esq.

## EXHIBIT-B

REQUEST FOR FOIA/PA INFORMATION

**URGENT REQUEST**

TO: _____
    FOIA/PA SECTION & UNIT

**August 12, 2013**

FROM: Dr. Keenan K. Cofield #405938
      30420 Revells Neck Rd.
      Westover, MD 21890

### URGENT FOIA/PA REQUEST

Pursuant to the provisions of the FOIA/PA, I do hereby request a copy, documents, records, contracts, rules, regulations, policies, statutes, agreements, and any other information the subject or subject(s) of this search, within (10) days, per statute from the date of this request in office.

The Requester seeks a WAIVER of any and all costs associated with this request or requests that exceed or may exceed the allowable number of FREE pages.

THIS IS AN URGENT FOIA/PA REQUEST, AS WE SEEK EXPEDITED ASSISTANCE TO OUR REQUESTS FOR COPIES OF THE FOLLOWING AS INDICATED BELOW:

1). A copy of your agency PROPOSAL that allowed for the creation of ICANN-(Internet Corporation for Assigned Names and Numbers), the non-profit corporation that oversees the internet, assign names and numbers, and/or any related information, computer files, records, meeting notes, agency actions as to ICANN. This request also includes a copy of any AMENDED AND/OR SUPPLE-MENTAL PROPOSAL actions, notice of any public objections, to the proposal, that led to the creation of ICANN or the governments or your agencies GRANTING legal power or authority to ICANN to oversee the internet and to create and assign domain names and numbers.

2). Any information, records, statutes, rules, regulations, policies as to the legal responsibility, powers and authority of your agency, along with duties.

3). Copy of the Acts of Congress that created your agency, its powers, authority, its primary functions and operations as a U.S. government agency.

4). Copies of any and all required documents that were filed with your agency that established ICANN (Internet Corporation for Assigned Names and Numbers) including the Articles of Incorporation, Applications to provide service, per the proposal, any IRS or other state related tax forms certifying as a Non-Profit Corporation-ICANN, and any other related information, papers, documents, records, associated with this proposal allowing ICANN this power to operate and provide such services to oversee the internet.

_____
Dr. Keenan K. Cofield

# EXHIBIT-C

## FOIA/PA REQUEST NUMBER 2

TO: FOIA/PA SECTION

FROM: Dr. Keenan K. Cofield

Pursuant to the provision of the FOIA/PA, we seek to file a SECOND REQUEST because our initial request may exceed the legal number of pages per the FIRST request.

1). Please provide me with the complete guidelines, policies, regulations, and statutes that were issued by your agency, that prepared and set forth the process, standards or any expansion or operation of the internet, WWW Worldwide Web, computer/technology system for public to full government use.

2). What are the procedures, guidelines, applications, forms needed and to whom, what government agencies need be contacted, if I wanted to do business or get into business like ICANN, if I wanted to expan the internet, differently, with another different system that function and/or operated differently? Provide any documents, application forms, or other needed material to compete with a NEW process for this business. Know different then what was done for the credit bureaus.

I request a WAIVER of any costs and fees for this submission.

I request a response within (10) days of this FOIA/PA request.

Dr. Keenan K. Cofield 405938
30420 Revells Neck Rd.
Westover, MD 21890

SUPERIOR COURT OF THE DISTRICT OF Columbia    Civil Division

## DR. KEENAN K. COFIELD, #405938

30420 REVELLS NECKS RD.
WESTOVER, MARYLAND 21890, TO ALSO INCLUDE
ANY AND ALL MD DOC OR OTHER STATE INMATES
WHO ARE OR WHO WERE SIMIARILY SITUATED
INMATES WHO ARE INMATES THAT ARE TO RECEIVE
OR MAY RECEIVE EARLY NOTICE THAAT THEY ARE
ELIGIBLE FOR A MD PAROLE COMMISION HEARING
WHEN IN FACT WE ARE OR WERE NOT ELIGIBLE-INFORMATION
BASED UPON FALSE, INACCURATE OR INCORRECT INFORMATION
AND MISLEADING ERRONEOUS INFORMATION IN PAROLE FILE
THAT LEADS TO AN FACT FINDING HEARING AND
DECISIONS IN ERROR

RECEIVED
Civil Clerk's Office
DEC 0 9 2013
Superior Court of the
District of Columbia
Washington, D.C.

Vs.

13 - 0008202

1). <u>MARYLAND PAROLE COMMISSION</u>
   <u>DAVID R. BLUMBERG, CHAIRMAN MD PAROLE COMMISSION</u>
   6776 REISTERSTOWN RD.
   SUITE 307
   BALTIMORE, MARYLAND 21215-2343

2). STATE OF MARYLAND
   <u>MARYLAND DOC SECRETARY GARY D. MAYNARD</u>
   6776 REISTERSTOWN RD.
   SUITE 307
   BALTIMORE, MARYLAND 21215-2343

3). AND <u>JOHN AND JANE DOE</u>, EMPLOYEES, OFFICIALS AND AGENTS
OF THE MD PAROLE COMMISSION WHO GAVE THE PETITIONER
NOTICE OF APPEAL PAROLE HEARING, HEARING DECISION AND APPEAL
DECISION FACT-FINDERS
6776 REISTERSTOWN RD.
SUITE 307
BALTIMORE, MARYLAND 21215-2343

### DEFENDANTS/RESPONDENTS

ARE ALL BEING SUED IN THEIR OFFICIAL AND INDIVIDUAL CAPACITY
UNDER THE COLOR OF STATE AND FEDERALS LAWS

## AMENDMENT AND/OR SUPPLEMENT TO COMPLAINT

1). The Plaintiff/Petitioner, did just what the Court stated and more. The Plaintiff

filed an appeal that left the decision the same, of the hearing officer and others.

2). The Plaintiff/Petitioner Cofield, appealed and indicated that his Guidelines was

based upon false and inaccurate and/or incorrect information as to the true number

of prior convictions, arrests and/or sentences he had that were either not valid, too

old beyond the 15 year requirement, ***had civil and constitutional rights fully***

***restored by a court***, or had been ruled, illegal, voided, or otherwise set aside as

unconstitutional priors, that affected the Respondents decision as the initial

guidelines **were not** correct, and the Hearing Officer to the Board and Appeals

Commissioners used false and inaccurate information to consider and continue to

base it initial and appeal decisions upon that affected the outcome. Had the correct

guidelines been used, the Petitioner would have been **eligible** and met the initial

***25% or ¼*** requirement for non-violent offenders.

Additionally, there were other State convictions that had been invalidated and/or

reference to federal case entries that had been made 4 or 5 times for the same case

and conviction. Maryland Parole/DOC and Criminal Information about prior such

criminal history, **was not** accurate, the file was laced with errors, and the Petitioner

**did not** have proper time and/or Notice before any premature hearing to contest

this information, and that he had any right to do so, was not proper nor done in

accordance with any set policy, with prior Notice thereof.  Furthermore, the Hearing Officer required the Plaintiff top take a Cognitive class, but had informed the parole hearing officer that I had taken those classes, and was not able to provide proof until I was give notice of my right to appeal the decision. My record was noted with the MD DOC and MD Parole Commission appeal of that matter. Because the Plaintiff was also a RETIRED Psychologist and Certified Para-Psychologist, Criminal Justice Double major with a law degree, the class was required because of my prior case conduct. The Petitioner has since also taken a Goodwill class.

3).  The Petitioner **did not** have sufficient enough time nor notice of having any right to make any objections or have noted errors in my case file prior to review his file in time **before** any alleged hearing and to make such objection **prior** to the hearing. The Petitioner **was not** allowed file any objections or take any action on the issues **until** after the defective hearing, and when the hearing officer made his first decision. The Respondents **did not** give me **prior** notice and/or made me aware of **12.08.01.17**, MD Parole Commission Rules as to **Disputed Facts**.

4).  The Petitioner asserts that the defective arbitrary decision by the Board to my appeal came 6 months **after** the hearing, and several days before I was actually eligible for any parole hearing.

**5). The Petitioner also seeks to invoke The All Writs Act, Title 42 USC 1983, 1985, 1988, Title 28 USC 2201-2202, Title 28 USC 2254, Title 28 USC 2241, where and if applicable.**

6). The Petitioner asserts that the respondents relied upon this false, inaccurate to clear errors in my parole file. The Petitioner has an established liberty interest and/or constitutional protected interest to be afforded due process of law and proper notice, with having a hearing, only when he is truly eligible and a decision that is not based upon clear erroneous information **without** first having an opportunity to challenge this information and **each** error or errors in my parole file.

7). The Plaintiff filed an appeal to the Parole Commission, but the action remained the same. (See Attachment)

8). The Plaintiff seeks Class Action Status and $1,000,000 dollars in Compensatory damages and $500,000 dollars in Punitive Damages, and any other relief this Court deem to award. Plaintiff/Petitioner seeks another parole hearing and/or immediate REHEARING consistent with his real eligibility date of October, 2013 that has since past. 9).    The Plaintiff(s) do hereby adopt each and every previous statement made or attached herein.    10).    Plaintiff(s) seek **APPOINTMENT OF COUNSEL**.

_(signature)_

**Dr. Keenan Cofield, #405938**
**30420 Revells Neck Rd.**
**Westover, MD 21890**

### Certificate of Service

I certify that a copy of the above and foregoing has been placed in the U.S. mail postage prepaid this the 14th day of November, 2013 to all the partics of counsel.

_(signature)_

IV.   Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Explain why you believe you are improperly detained. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

The Petitioner Dr. Keenan Cofield, do hereby assert and file, _individually and on behalf of any and all other State_ inmates who are or were simiarly situated who in the past, present and/or future, who have. had or will receive WRITTEN NOTICE OF PAROLE HEARING that we were ELIGIBLE for a MD Parole Commission hearing, ·when in fact that Notice contained false, incorrect, misleading and inaccurate information in said Notice.

The Respondents served the Petitioner Cofield Notice that he was ELIGIBLE for a hearing before the Maryland Parole Commission in April, 2013, at ECI-E. (See Attached NOTICE)

On or about the 25th day of April, 2013, the Hearing Officer said during the hearing, he could not recommend parole and the Commission would deny any such recommendation because I had only completed 24 months of the minimum 30 months 1/4 guidelines for a 10 year sentence. The Hearing Officer recommended a Rehearing for 04/2014.

V.   Relief
(State briefly what you want the Court to do for you)

(SEE ATTACHMENT)

I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.

SIGNED THIS _____ 15 _____ day of, _____ October 2013 _____

(original signature of petitioner)
30420 Revells Neck Rd.
Westover, Maryland 21890

(address of petitioner)

The Maryland Parole Commissioners ruled on my administrative appeal that at the time of my hearing at even at the decision date of that appeal, did not meet the guidelines and had only served 24 months as of the April date. The MD Parole Commission decision on my appeal was 8/14/2013.

The Petitioner states that the Maryland Parole Commissions has engaged in the arbitrary and capricious when they in violation of its own guidelines, policy, regulations, statutes and laws, are given inmates notice that they are eligible for a parole hearing, and denying them and/or refusing  parole,  or given the Petitioner and like individuals Rehearing, based upon false, incorrect, incorrect information that we are <u>eligible</u> when in fact we do <u>not</u> meet the minimum guidelines which is 25% for non-violent, and 50% for violent offenders, <u>before</u> you are eligible for a hearing.

The Respondents practice and actions in such manner, violate the Petitioners right to due process of law and under the equal protection clause, in giving Parole Notices to ineligible inmates like the Petitioner, then denying us a fair hearing, when we should not have been given a hearing until we were guideline eligible. The Respondents gave me notice in April 2013, when the earliest was October, 2013.

The Respondents acts or early policy, is illegal, unlawful and unconstitutional. The Petitioner is guaranteed a hearing at 30 months, not before, when it was held at 24 months. The Petitioner was denied his proper FULL parole notice and hearing at 30 months. By Maryland Parole Commission policy, rules, regulation and by statutes, the Petitioner was not afforded and denied his liberty interest by having his FULL parole hearing in October 2013, not April, 2013 with a Rehearing.

This is the reason why the Hearing Officer made his defective arbitrary recommendation because I did not meet the minimum guidelines of (30) months time served.

The Respondents gave me a hearing at (24) months. I was not eligible, thus the parole decision of the hearing officer and MD Parole Commissioners on my appeal, cannot stand as legally valid, and the FINAL DECISION must be voided, as a matter of law.

This Honorable Court must rule that the early policy of having issuing notice that an inmate is eligible by the Respondents, and holding hearing, must be ceased, and immediate rehearing must be held for <u>any</u> inmate who had a notice of parole hearing served upon them, and was not eligible and did — Not

'meet the minimum guideline sentence.

The Petitioner has obtained the names of several inmates and
there is probably hundreds of inmates over the years whom the
Maryland Parole Commission has GRANTED parole to and that inmate
did not meet the minimum time served guideline for parole eligib-
ility time that needed to be served for a legal parole hearing.

The action and my April 25, 2013 was not legal and it must
invalidated.    The date of my parole hearing..

The Petitioner and others like him him must get immediate parole
rehearings.

WHEREFORE,  the Petitioner does hereby request and/or demand
judgment and Writ be GRANTED in his favor, and further says:

a). Petitioner seeks DECLARATORY AND PRELIMINARY TO PERMANENT
INJUNCTIVE RELIEF:

b). ENJOIN immediately and PROHIBIT, the Respondents from further
holding any parole hearings unless, he or she meets the minimum
parole guidelines for time served for his or her offense, at
the 25 and/or 50% time period, that makes him eligible, not before
unless, the Respondents incorporate into by policy, rules, guide-
lines, statutes, or laws, an "EXCEPTION", to being able to hold
a parole hearing before the inmate eligibility date.

c). Rule that the Petitioner's early parole hearing, decision,
recommendation and appeal, must be ruled illegal, invalid and
unconstitutional, practice and procedure, and such acts and
decisions as described herein must be voided, immediately, as
a matter of law and policy.

d). Rule that the Respondents actions interfered with the liberty
interests of the Petitioner and others, and ORDER, that the
Petitioner shall be given an immediate PAROLE REHEARING, without
delay.

e). Order, that any and all inmates in the custody of the Maryland
DOC or jail like facilities who were given parole hearing and
notice that they were eligible must given immediate PAROLE HEAR-
INGS OR REHEARINGS, immediately, without any delay, and/or any
other action and relief this court deems to award.

f). Seek Appointment of Counsel.
g). Copies of the parole hearing transcripts of this parole
matter, plus any and all rules, guideliens, policies, and statutes
the subject of thios claim.

h). PETITIONER IS WILLING TO SETTLE OR MEDIATE THIS MATTER.

# MARYLAND PAROLE COMMISSION

## NOTICE OF PAROLE HEARING

TO: **COFIELD, KEENAN**                    DOC/PARIS NO. **405938**

You are eligible to appear before the Maryland Parole Commission for a parole hearing in **APRIL**, 20 **13** at 9:30 a.m. at
     Month     Year

the **ECI-E**
     Correctional Facility

## FACTORS AND INFORMATION TO BE CONSIDERED

The following factors and information shall be considered in determining whether you, the inmate, are suitable for parole.

(1)  the circumstances surrounding the crime;
(2)  the physical, mental, and moral qualifications of the inmate;
(3)  the progress of the inmate during confinement, including the academic progress of the inmate in the mandatory education program required under § 22-102 of the Education Article;
(4)  whether there is reasonable probability that the inmate, if released on parole, will remain at liberty without violating the law;
(5)  whether release of the inmate on parole is compatible with the welfare of society;
(6)  an updated victim impact statement or recommendation prepared under §7-801; the Correctional Services Article;
(7)  any recommendation made by the sentencing judge at the time of sentencing;
(8)  any information that is presented to a commissioner at a meeting with the victim; and
(9)  any testimony presented to the Commission by the victim or the victim's designated representative under § 7-801 of the Correctional Services Article.

## STATEMENT OF INTENT TO REVIEW PAROLE FILE

Before your hearing, you or your representative may examine any document that the Commissioner or hearing examiner will use in determining whether you are suitable for parole unless the Commission, in accordance with Title 7-303, determines that a document, or a portion of it, is not available for examination. You will be notified if a document or a portion thereof is not available for examination.

Indicate your intent with respect to your right to review your parole file by initialing the appropriate line below:

_____ I do not wish to read my Parole Commission file before my parole hearing. I understand that this election is final and I may not later request to read my Parole Commission file before this parole hearing.

_____ I do wish to read my Parole Commission file before my parole hearing but I do not want a representative.

_____ I am able to read my file without assistance.

_____ I need assistance to read my file.

_____ I will obtain a representative to review my Parole Commission file and I will notify the Parole Commission of the name and address of my representative. I understand that I am responsible for the payment of any fee that my representative may charge. I further understand that my representative is only entitled to review my Parole Commission file and may not attend my parole hearing.

_____    _____
Name of Representative                  Representative's Telephone Number

_____
Address of Representative

I have read, or have had read to me, this Notice of Parole Hearing and I understand the information contained herein.

X _____    **04-25-13**
Signature of Offender                            Date

**SHEREE MICHAEL**                      **IPA SUPERVISOR**
Witness                                 Title

WHITE - Maryland Parole Commission File · PINK - Offender · CANARY - Institutional Parole Associate File

MPC-23 (Revised 2/2011)

DEC-24-2013  14:34  Case 1:14-cv-00055  Document 1-1  Filed 01/15/14  Page 57 of 59  P.059
PERSONNEL SECURITY  USAODC  202 514 4736
12.08.01.17

Page 4 of 5

reflecting the community plan established, or to be established, by the parole applicant. The report should reflect the home situation, environmental patterns, economic factors, and such other relevant matters, including social history, as the Commission may require in order to properly evaluate the prisoner for parole.

C. Notice to Inmate and Access to Files.

(1) Notification. Before any parole hearing, it shall be the duty of the several institutional parole agents to furnish the applicant for parole with written notice of the:

(a) The date, time, and place of the hearing;

(b) The factors which the Commission will consider in making its determination;

(c) Right of the prisoner or a representative to examine and inspect before the hearing, any file, report, or other document to be used by the Commission in making its determination.

(2) "Representative" defined. The following shall be recognized as authorized representatives to examine an inmate's file at his request:

(a) Classification counselors or other members of the professional institutional staff where the inmate is incarcerated;

(b) Any member of the Bar in good standing;

(c) Any paralegal working under the supervision of a member of the Bar in good standing;

(d) Any agent of the Division of Parole and Probation.

(3) Time of Notice. The notice shall be furnished the inmate not less than 15 days before the parole hearing unless, in certain individual cases and for good cause, the time must be shortened.

(4) Notice of Intention and Authorization of Representative.

(a) Any inmate desiring to inspect his file shall immediately, upon receipt of the notice of hearing, file a notice of this intention with the institutional parole agent upon a form to be furnished by that agent. If a representative is to be authorized to inspect the file on behalf of the inmate, the name of the representative and his occupation and address shall be included on the notice together with an authorization of the inmate for the person to act as his representative.

(b) Upon receipt of the notice, the institutional parole agent shall furnish the Commission with the name and number of the inmate and at the same time notify classification personnel of the Division of Corrections in order that they may immediately prepare a pre-parole summary in timely fashion in order that it will be made available to the inmate at the time of the file review.

(c) In advance of the scheduled hearings of such inmates, the institutional parole agent shall be furnished the file.

(5) Review of Parole Commission file.

(a) The institutional parole agent and the inmate or his representative shall review the file at the appointed time. Psychological reports, psychiatric reports, and other information which is considered privileged shall be removed from the file and the institutional parole agent shall orally give a short summary of the contents where appropriate.

(b) Recommendations of classification counsellors, work sheets, and other work products of Commissioners and hearing examiners are hereby declared privileged.

(6) Disputed facts.

(a) Errors, omissions, or disputed facts contained in the file shall be adjusted and corrected by agreement between the

DEC-24-2013  14:35          PERSONNEL SECURITY USAODC          2025141736     P.060

inmate or his representative, and the parole agent.

(b) In cases of irreconcilable difference, it shall be the duty of the institutional parole agent to immediately notify the Parole Commission, furnishing it with a short statement of the problem and nature of the dispute.

(c) The Commission, upon receipt of the notice, may postpone the hearing for a period not exceeding 30 days and shall determine, in its discretion, how best to decide the dispute. In so doing it may, but may not be limited to, any of the following:

(i) Obtain documentary evidence to prove the disputed fact;

(ii) Reserve the question until the parole interview;

(iii) Accept the inmate's version of the disputed facts;

(iv) Hold a fact-finding hearing with two or more Commission members before the parole hearing, allowing testimony of witnesses and cross-examination of witnesses by all parties. The inmate may have his representative present to act as counsel at any fact-finding hearing.

(d) The facts found by the Commissioners shall be final and shall become a part of the file to be considered at the parole hearing and a copy of the finding shall be furnished in writing to the inmate before the parole hearing.

WiCP-C-019-5

## MARYLAND PAROLE COMMISSION
### APPELLATE DECISION

**Keenan Cofield**     **405938**     **ECI-A**
OFFENDER              DOC NUMBER        INSTITUTION

**Dynowski**     **Rehear 4/14**     **4/25/13**
HEARING OFFICER   RECOMMENDATION    HEARING DATE

~~Frank~~     ☑ ADOPTED     ☐ DISAPPROVED
REVIEWING COMMISSIONER

### BEFORE THE MARYLAND PAROLE COMMISSION

**5/16/13**     ☑ OFFENDER     ☐ IN HOUSE
DATE/APPEAL FILED

**8/14/13**     **Weathersbio/Blumburg**
DATE DECIDED      COMMISSION PANEL

THE APPELLATE PANEL HAS REVIEWED ALL FACTS AND WILL:

☑ ADOPT THE HEARING OFFICER'S RECOMMENDATION TO: _Rehear 4/14_

☐ DISAPPROVE THE HEARING OFFICER'S RECOMMENDATION AND RENDER A DECISION
TO: _____

APPELLATE PANEL COMMENTS: _MD Rule 5-609 applies to_
_court cases not parole hearings. Even if_
_Risk assessment reduced a level, inmate would_
_still be below guidelines. At time of hearing only_
_served 24 mths_

**3-14-13**
DATE DECIDED

COMMISSIONERS

### CERTIFICATE OF SERVICE

I hereby certify that this decision was served upon the offender whose name appears hereon by delivering
same to said offender personally this **27ᵗʰ** day of _September_ 20 **13**

_____     _____
OFFENDER             INSTITUTIONAL PAROLE ASSOCIATE

MPC – 29 – 07/10/96

White: Parole File     Green: Offender     Yellow: Institution Base File     Blue: Certification Copy